UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| MELVIN FISHER, | ) | No. ED CV 08-01470-RSWL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN DE ROSA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and granting Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: March 21, 2011

*RONALD S.W. LEW*
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE